EL PUEBLO, DEMANDANTE Y APELADO, *v.* ABINO, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por acometimiento y agresión graves.

No. 698.—Resuelto en julio 30, 1914.

NON SUIT—ACOMETIMIENTO Y AGRESIÓN GRAVES—SUFICIENCIA DE LA PRUEBA.—
Examinada la prueba practicada en este caso se resolvió que era suficiente para demostrar la comisión del delito imputado en la acusación y que por tanto la corte no cometió error al desestimar la moción de *non suit* presentada por el acusado.

PRUEBA CONTRADICTORIA — APRECIACIÓN DEL TRIBUNAL SENTENCIADOR —.PASIÓN, PREJUICIO O PARCIALIDAD.—Cuando la prueba es contradictoria, la apreciación que de la misma haga el tribunal sentenciador no será revocada, a menos que se demuestre que actuó movido por pasión, prejuicio o parcialidad, o que cometió algún error manifiesto.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Jaime Sifre, Jr., Fiscal interino.*

El apelante no compareció.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto contra sentencia de la Corte de Distrito de Ponce por virtud de la cual el apelante Ramón Abino Camacho fué condenado, como autor de un delito de acometimiento y agresión grave, a pagar la multa de sesenta dollars y en defecto de pago a sufrir sesenta días de cárcel.

Además de la acusación, de la alegación del acusado, de la sentencia y del escrito de apelación, se incluye en la transcripción un pliego de excepciones y una exposición del caso. En el pliego se hace constar únicamente que el acusado una vez que terminó la prueba del Fiscal presentó una moción de *non suit* que fué desestimada por la corte y que a la resolución de la corte el acusado tomó excepción. Y en la exposición del caso se consigna toda la prueba practicada, así la de cargo como la de descargo.

Hemos examinado la prueba y de la aportada por el Fiscal resulta que en la noche del 5 de noviembre de 1913 y en Ponce, el acusado, un varón adulto, acometió y agredió con una macana a una mujer, voluntaria, ilegal y maliciosamente, y le causó varias contusiones. La prueba de la defensa tiende a demostrar que el hecho ocurrido se limitó a la provocación que la mujer hizo al acusado, sin que éste le causara lesión alguna.

En primer lugar diremos que la prueba del Fiscal fué suficiente para demostrar la comisión del delito imputado en la acusación, y que en tal virtud no cometió error alguno la corte de distrito al desestimar la moción de *non suit* a que se refiere el pliego de excepciones. Y en segundo lugar diremos que estudiada la prueba de ambas partes en su totalidad resulta contradictoria y como la contradicción fué resuelta por la corte sentenciadora en contra del acusado y no aparece que al actuar la corte así lo hiciera movida por pasión, prejuicio o parcialidad, o que cometiera algún error manifiesto,

debemos aceptar su conclusión como la justa y procedente en este caso.

Debe confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.